458 A.2d 1354

**COMMONWEALTH of Pennsylvania**

v.

**Eric RYLES, Appellant.**

Supreme Court of Pennsylvania.

Argued April 25, 1983.

Decided May 3, 1983.

Reargument Denied June 22, 1983.

Ronald I. Rosen, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM:

Judgments of sentence affirmed.